IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DOMINIQUE HALL,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4089

Opinion filed November 14, 2014.

An appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Dominique Hall, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, MARSTILLER, and OSTERHAUS, JJ., CONCUR.